B. P. PIKE, *Appellant*, vs. O. W. FINNEY, *Appellee*.

Opinion filed April 2, 1931.

*Wilson & Boswell*, for Appellant;
No appearance for Appellee.

48

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and decreed by the Court that the decree pro confesso and the final decree of the court below should be and the same are hereby reversed as to the appellant B. P. Pike.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.